IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:23-CR-109-L |
| | § | |
| STACY LAMONT STEVENSON | § | |

**ORDER RESETTING SENTENCING HEARING**

The court hereby **resets** the sentencing hearing, previously set in this case for Defendant Stacy Lamont Stevenson for January 26, 2026, to **Thursday, January 29, 2026**, at **1:30 p.m.** ***Counsel are directed to advise all interested persons that this matter has been reset***.

**It is so ordered** this 21st day of January, 2026.

Sam A. Lindsay
United States District Judge